# AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT AND ARREST WARRANT

I, Raymond Abruzzese a Special Agent (SA) with Homeland Security Investigations (HSI), being duly sworn, depose and state as follows:

## INTRODUCTION

I have been employed as a Special Agent of the U.S. Department of Homeland Security, Homeland Security Investigations (HSI) since March 2003, and am currently assigned to Child Exploitation Unit in Dulles, Virginia.

While employed by HSI, I have investigated federal criminal violations related to high technology or cybercrime, child exploitation, and child pornography, as well as commercial fraud and immigration fraud. I have gained experience through everyday work relating to conducting these types of investigations. I also have received training in the area of child pornography and child exploitation and have had the opportunity to observe and review numerous examples of child pornography, as defined in 18 U.S.C. § 2256(8), including computer media. Due to my experience and training, I can identify child pornography when I see it. I have training and experience in the enforcement of the laws of the United States, including the preparation, presentation, and service of subpoenas, affidavits, criminal complaints, search warrants, and arrest warrants.

This Affidavit is made in support of a criminal complaint and arrest warrant charging **ANTHONY GARDEA (GARDEA)**, with knowingly receiving child pornography in violation of 18 U.S.C. § 2252(a)(2) (Receipt of Child Pornography).

I am familiar with the information contained in this Affidavit based upon the investigation I have conducted, along with my conversations with law enforcement officers and others and the review of reports, database records, and other materials. This Affidavit is submitted for the limited purpose of supporting a criminal complaint and securing an arrest warrant. It does not include each and every fact known to me or the government about the investigation. I have set forth only those facts that I believe are necessary to establish probable cause to believe that GARDEA knowingly received child pornography.

## BACKGROUND ON THE INVESTIGATION

In October 2015, HSI agents in Phoenix, Arizona, began conducting undercover operations on an Internet-based video conferencing application used by persons interested in

exchanging child pornography and/or sexually abusing children. This application is hereinafter referred to as "Application A."[1]

"Application A" is designed for video conferencing on multiple device formats. To use this application, a user downloads the application to a computer, mobile phone or other mobile device (*e.g.*, tablet) via direct download from the company's website. Once downloaded and installed, the user is prompted to create an account. "Application A" users can invite others to an online meeting "room," which is an online location associated with a 10-digit number where each user can see and interact with the other users.

When a user chooses to enter a specific meeting room, the user enters the 10-digit room number and enters the username that he wants to use on that specific occasion, which does not have to be the same as the account username. "Application A" does not require a certain number of characters for a particular username. Consequently, a user can create a name with a single special character, such as "#" or a single letter, such as "a."

During a meeting, users can show a live image or video of themselves to other users through the webcam feature. Users may also display the contents of their own computer desktops to the other users in the room. The ability to display their own computer desktops allows users to show videos and photos to other users in the room. "Application A" also allows users to send text messages visible to all of the users in the room, or private messages that are similar to instant messages sent between two users.

"Application A" permits users to conduct online video conferences for free for a limited number of minutes. Paid subscribers can conduct online video conferences for an unlimited amount of time. Some "Application A" users with a paid account permit their rooms to be accessed without a password such that anyone who knows the room number can enter and leave the room at any time.

"Application A" maintains IP address logs for each meeting room, which includes all of the IP addresses (and related usernames) for each user in a particular room on a specific day and the device that was used by each user. Each user's unique IP address is logged to reflect the time that particular user entered the room and the time the user exited the room. Users can enter and exit the room multiple times, thereby creating multiple sessions[2] within the logs of "Application A." In other words, if a room is open and active for one hour, and in that hour, a user enters the

---

[1] The actual name of "Application A" is known to law enforcement. "Application A" remains active and disclosure of the name of the application would potentially alert its users to the fact that law enforcement action is being taken against users of the application, thereby provoking users to notify other users of law enforcement action, flee, and/or destroy evidence. Accordingly, to protect the confidentiality and integrity of the ongoing investigation involved in this matter, specific names and other identifying factors have been replaced with generic terms and the application will be identified herein as "Application A."

[2] As used herein, a session refers to a particular user's time in a specific "Application A" room.

room, leaves the room, and then re-enters the room, the "Application A" IP log records would reflect two sessions for that specific user (entry/exit, followed by second entry) in the same room on that date.

On January 25, 2016, an HSI agent located in Phoenix, Arizona, acting in an undercover capacity and using a device connected to the Internet, signed into an Application A user account and entered the Application A meeting room XXX-XXX-XXXX, a known child pornography meeting room. Within that room, the undercover agent confirmed that an Application A user was displaying or streaming a video depicting child pornography. The undercover agent was able to record this child pornography video, and other activity and message(s) in the room, to an undercover device.

Your affiant viewed the undercover recording of the child pornography that was displayed in the meeting room. Among the videos streamed and displayed by the meeting room leader included a video of a prepubescent male child. The child's jeans are pulled down to the child's knees, exposing his penis and genitalia. An adult male touches the child's penis. A subsequent video depicts a pre-pubescent female with long hair. An adult male inserts his erect penis into the female child's mouth.

While recording the activity in the above described Application A room, the HSI undercover agent observed an Application A user was present in the meeting room with the display name DMV PERV. During this UC recording, an image of DMV PERV can be seen by the group via his web camera. This individual's nose, cheek, mouth, and chin are visible. The individual is nude and his torso, abdomen, crotch, and legs are also visible. The individual appears to be a brown skinned overweight male with little to no hair on his torso. The male using the user name DMV PERV is seen laying on a bed and turned slightly on his right side to face the web camera. This male is observed using his left hand to masturbate himself.

On February 16, 2016, the same HSI undercover agent, using a device connected to the Internet, signed into an Application A user account and entered the Application A meeting room XXX-XXX-XXXX, a known child pornography meeting room. Within that room, the undercover agent confirmed that an Application A user was displaying or streaming a video depicting child pornography. The undercover agent was able to record this child pornography video, and other activity and message(s) in the room, to an undercover device.

Your affiant viewed the undercover recording of the child pornography that was displayed in the meeting room. The video depicts a prepubescent male toddler with blonde hair lying in a bed wearing a blue shirt. This prepubescent male toddler is naked from the waist down. The prepubescent male toddler's penis is clearly visible and appears to be the focus of the video. Also depicted in this video is an adult male. This adult male puts his mouth on the minor male's penis. Further, in this video the adult male inserts or attempts to insert his penis into the minor male's anus.

While recording the activity in the above described Application A room, the HSI undercover agent observed the same Application A user, DMV PERV, was present in the meeting room. During this UC recording, an image of DMV PERV can be seen by the group via his web camera. The individual is naked from the waist down and he is wearing a Nirvana t-shirt that appears too small for his body. The individual's mouth, chin, nude crotch and legs are visible. The individual appears to be the same individual who was observed in meeting room XXX-XXX-XXXX on January 25, 2016. Similarly, the male is observed laying on his right side, facing the camera, and using his left hand to masturbate himself.

On or about June 28, 2016, a U.S. Department of Justice Administrative Subpoena was served on Application A for subscriber and login information related to activity in Application A room XXX-XXX-XXXX on February 16, 2016 and Application A room XXX-XXX-XXXX on January 25, 2016. The results revealed that a user of DMV PERV logged in to the pertinent Application A meeting rooms from the following IP address: 73.163.34.151. Further, Application A provided information stating that the IP address 73.163.34.151 was associated with logging on to Application A 15 times and had logged 428 minutes of use on Application A.

A query of the American Registry for Internet Numbers ("ARIN") online database revealed that the IP address 73.163.34.151 is registered to Comcast. In or about June 2016, a U.S. Department of Justice administrative subpoena was issued to Comcast in regard to the IP address 73.163.34.151. A review of the results obtained from Comcast identified the following account holder and address:                                                                              and account holder David Do.

On or about November 1, 2016, your affiant interviewed the owner of the residence, W-1. W-1 indicated that W-1 lived at the residence with four roommates, which included Anthony Gardea (GARDEA). Anthony Gardea is the only heavyset Hispanic male residing at the location.

On November 1, 2016 at approximately 1300 hours, HSI Special Agent Honicker and your affiant traveled to Lamont Street and encountered GARDEA who agreed to be interviewed. Your affiant observed that GARDEA matched the description of the individual using the Application A screen name DMV PERV. During this interview, GARDEA stated that he has used Application A to communicate with other males on the Internet. GARDEA further stated that he uses Skype to communicate with other individuals on the Internet. GARDEA stated that he uses his computer, which is located inside of the Lamont Street premises, to chat on Application A and Skype. GARDEA stated that his computer was for his use only and that there was a password associated with his computer. GARDEA stated that he uses the Wifi associated with the Lamont Street residence to access the Internet.

GARDEA subsequently provided his written consent for HSI to complete a full examination of his Dell laptop computer. An HSI Computer Forensic Agent (CFA) subsequently identified several thumbnail images depicting child pornography. These files were obtained

from an external or removable computer storage device that was connected to GARDEA'S laptop. The files were viewed from the "E" drive which is not contained on GARDEA'S Dell Laptop. An example of an access date and file name is E:\frifamPEDONEWSerie2011(pthc)Julia8yoLisa4yoMike7yoLara8yorapesuckfuckcumshot30minnicehavemore.wmv, which was accessed on February 6, 2016.

**SEARCH WARRANT AT LAMONT STREET**

On or about November 9, 2016, a federal search and seizure warrant issued by the United States District Court in the District of Columbia was executed at . The warrant authorized the search and seizure of evidence of violations of 18 U.S.C. §§ 2252(a)(2) and (a)(4)(B), which make it a crime to distribute, receive, possess, and access with intent to view child pornography.

During the execution of the search warrant, electronic devices were located and seized from the residence, including an Apple iPhone 6s (SN:C76RKH71GRYF). This Apple iPhone 6s was found by law enforcement officers in a bedroom that contained GARDEA'S personal effects.

GARDEA again consented to an interview by your affiant. During this second interview, GARDEA reiterated that the Dell laptop that he uses/used was password protected and that he was the only one that knew the password. GARDEA also explained that on Skype, he used the screen names: DC GUY or DC PIGGY GUY. GARDEA stated he has never viewed child pornography on Application A and did not recall his user name but admitted that he has masturbated while connected to Application A rooms.

**INFORMATION PROVIDED BY ALEXANDRIA (VIRGINIA) POLICE DEPARTMENT**

In or about December 2016, your affiant met with an Alexandria Virginia Police Detective regarding her investigation into an individual named Jeremy Scovell (Scovell), who at the time was living in Alexandria, Virginia. According to the Alexandria Detective's investigation, Scovell was using Skype to distribute child pornography via the Internet. Further, Scovell was using the Skype screen name "photostud76." Based upon the information obtained from the Alexandria Detective pursuant to a search warrant issued in the Commonwealth of Virginia and from a device seized from Scovell, the following Skype conversation occurred between Skype users photostud76 and dcpiggyguy1 (display name Mark Smith), later identified as GARDEA.[3] This conversation took place on February 16, 2016 beginning at approximately 12:47 UTC (7:47 a.m. EST) and ending at approximately 14:26 UTC (9:26 a.m. EST):

Dcpiggyguy1: Hi, I'd like to add you on Skype

[3] Note that GARDEA had previously informed your affiant that one of his Skype screen names was DC PIGGY GUY.

    Photostud76: heya ped
    Dcpiggyguy1: Hi man
    Photostud76: horned
    Dcpiggyguy1: Fuck man. Me too
    Dcpiggyguy1: you play last nite?
    Photostud76: nope
    Dcpiggyguy1: me neither

    At 7:52 a.m., photstud76 distributed an image named b51.jpg to dcpiggyguy1. This image was viewed by your affiant and is described as depicting an infant that is laying on the floor naked with his diaper pulled off. More specifically, the image was taken from above when the male infant had his legs positioned in the air and the infant's penis and anus were the focus of the image. Visible in this image was the fact that the male infant had black straps or bands attached to his legs and the infant's wrists appeared to be bound to these straps. The following conversation between the users followed:

    Photostud76:   need something like this right now
    Dcpiggyguy1: Fuck man
    Dcpiggyguy1: I would love to share that
    Photostud76:   that ass wouldn't look like that for long
    Dcpiggyguy1: Fuck no
    Dcpiggyguy1: Have you ever done it?

    At 7:56 a.m., photostud76 distributed a second image named b39.jpg to dcpiggyguy1. This image was viewed by your affiant and is described as depicting an infant minor male laying on what appears to be a couch. The infant minor male has his diaper removed. Also depicted in this image is an adult male who is sodomizing the minor infant male with his erect penis. The users then engaged in the following pertinent conversation:

    Photostud76:   yes
    Photostud76:   you?
    Dcpiggyguy1: Nope
    Dcpiggyguy1: Tell me about it
    Photostud76:   few times. I have raped a 6yo,8and 10. all by their dads wanting me too
    Dcpiggyguy1: Fucking hot man
    Dcpiggyguy1: I 've always wanted the dad involved
    Dcpiggyguy1: You poz them?
    Photostud76:   I am neg
    Dcpiggyguy1: Ah ok
                        ***redacted***

    Dcpiggyguy1: How bad did you rape those holes?
    Photostud76:   very bad, I wasn't gentle on any of them.. all their dads wanted it

                      that way
Dcpiggyguy1: Good man

***redacted***

Photostud76: go buy a kid in Mexico or some other 3rd world place where they need money and will sell their kids
Dcpiggyguy1: And fucking spend days raping it…………………

At 8:54 a.m. photostud76 subsequently distributed a third image named b54.jpg to dcpiggyguy1. This image was viewed by your affiant and is described as depicting two prepubescent minors, one of which is an infant. Both minors are completely naked in the image. The older prepubescent minor is a male and has an erection. The older prepubescent male has his right hand on the infant minor's private area. The following conversation occurred following this image:

Photostud76: 2 for 1
Dcpiggyguy1: Wow
Photostud76: just think what that would look like after me and you are done.
Dcpiggyguy1: Torn to pieces
Photostud76: mmm

The Alexandria Detective provided your affiant with information she had received via a subpoena from Skype regarding the Skype user name dcpiggyguy1. According to the information provided by Skype, the account dcpiggyguy1 was created on May 11, 2013. The IP Address associated with the creation of this account is listed as 73.163.34.151 and an associated e-mail address of nyccollegeboy@gmail.com. Due to the IP Address resolving back to a Washington, D.C. residence, the Alexandria Detective referred the lead to law enforcement in the District of Columbia.

Both the IP Address and email address are associated with GARDEA. First, as indicated above, Comcast identified IP 73.163.34.151 as being assigned to in the name of W-1. Subpoena returns also identified that W-1 has had this Comcast account at since January 31, 2012. The law enforcement investigation revealed that GARDEA has been living at since 2012. Second, a forensic review of the Dell Laptop seized at GARDEA's residence in November 2016 identified that its user had accessed the email account of nyccollegeboy@gmail.com from the laptop – a laptop that GARDEA had indicated was solely his and was password protected.

**FORENSIC ANALYSIS OF THE DELL LAPTOP**

In October 2018, the CFA provided your affiant with a forensic report that documented her review of GARDEA's Dell laptop computer that was seized on or about November 1, 2016.

Application A was downloaded to GARDEA's laptop with a first name listed as "A" and last name listed as "G." The account was also linked to the email address of nyccollegeboy@gmail.com (the same email address associated with the creation of Skype user dcpiggyguy1.)

Located on this Dell laptop and within the file path "h:\users\anthonygardea\appdata\roaming\microsoft\windows\recent" were numerous file names indicative of child pornography and thumbcache image files depicting child pornography. A thumbcache image is typically created when a user opens an image file for the first time or views an image in thumbnail view. Two examples of thumbcache images that were located on GARDEA's Dell laptop include:

a. 9daa70bf-f949461c-8d473b03.png: This image depicts an infant/toddler on top of an adult male's lap. The adult male has his hand on the baby's bottom while his other hand is holding his erect penis in an attempt to penetrate the infant/toddler's anus.

b. B6d84644-0de9-4f36-aae2-d83284eca9b9.png: This image depicted a close-up view depicting a female infant/toddler's genitals being penetrated by an adult male's erect penis.

Additionally, two Skype accounts were identified on GARDEA's Dell laptop: Anthony.gardea1 (display name AGG) and dcpiggyguy1 (display name Mark Smith). Both of these Skype accounts were linked to the same e-mail address identified above: nyccollegeboy@gmail.com. The forensic review conducted of GARDEA's Dell laptop also identified the following Skype conversation between Skype user dcpiggyguy1 and Skype user photostud76 on February 16, 2016. Note that these three chat entries are identical to the last three chat entries recovered from Scovell's electronic device in Virginia, however, GARDEA's laptop only contained the final three lines of the conversation.

Photostud76: just think what they would look like after me and you are done
Dcpiggyguy1: Torn to pieces
Photostud76: mmm

The forensic review of GARDEA's Dell laptop also identified numerous other Skype conversations between the users anthony.gardea1 and dcpiggyguy1 (both names associated with GARDEA) and other users on Skype. For example, in these conversations, Skype user anthony.gardea1 indicated that he lives in "DC" and references being a "perv" and accessing "pedo vids" on Application A. Skype user dcpiggyguy1 also indicated that he is a "taboo lover" who "like[s] any age, but 3-8 is hot[,] I like watching vids 0-3."

**FORENSIC ANALYSIS OF THE APPLE iPHONE 6s**

In October 2018, your affiant received a forensic report from the CFA. This forensic report documented the forensic examination of the Apple iPhone 6s that was seized from GARDEA on

or about November 9, 2016 pursuant to a federal search warrant. Located on this device were instant messages that were sent and received from this device. The following are pertinent messages from February 16, 2016, the same morning that Skype user dcpiggyguy1 communicated with Skype user photostud76, as documented above:

| | |
|---|---|
| Sent (8:34 a.m.)[4]: | Morning Michelle, it is so iced over on my entire block!!!! Would it be ok to WFH[5] today? |
| Received (8:43 a.m.): | Yikes! I've heard it's icy. Sure if you think that's the best idea for you to stay put. Let me know if you need anything. |
| Sent (9:15 a.m.): | Will do, I was slip sliding down our steps and just gave up lol. |

****

| | |
|---|---|
| Received (3:19 p.m.): | Thanks! Where are you today boo? |
| Sent (3:20 p.m.): | We were dumb last nite and didn't salt anything, and it was literally an ice rink on our entire block…I was not dealing with that shit. |

Your affiant confirmed that there was a significant amount of snow accumulation in the Washington, D.C. area on February 15, 2016. The weather changed to freezing rain over night and into the early morning hours of February 16, 2016.

Your affiant also conducted a manual review of this device (Apple iPhone 6s) and viewed the listed contacts. A contact was listed for the name "photostud76." This contact was listed as a Skype contact. Your affiant further observed that this device had the Skype application installed on it. The Skype account name listed on the Apple iPhone is Mark Smith – dcpiggyguy1, the same screen and user name identified on the Skype chats located on both Scovell's and GARDEA's laptops from February 16, 2016.

## CONCLUSION

For the foregoing reasons, your affiant submits to the Court that probable cause exists to believe that on February 16, 2016, **Anthony GARDEA**, while in the District of Columbia, knowingly received child pornography in violation of 18 U.S.C. §§ 2252(a)(2) and (b)(1) (Receipt of Child Pornography). I, therefore, respectfully request that the Court issue a criminal complaint and arrest warrant authorizing the arrest of **GARDEA**.

---

[4] Note that GARDEA's text message requesting that he can work from home was sent at 8:34 a.m. The Skype exchange between GARDEA and Scovell took place between 7:47 a.m. and 9:26 a.m.

[5] Your affiant is familiar with text abbreviations and in the context of this communication, believes that WFH is short-hand for "work from home."

                                                                                                                     ________________________________
Raymond Abruzzese
Special Agent
Homeland Security Investigations

Sworn and subscribed before me this ___th day of November, 2018.

___________________________________
G. MICHAEL HARVEY
UNITED STATES MAGISTRATE JUDGE